UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAMUEL ELKINS, | ) |
|       Plaintiff, | ) |
| v. | )   CAUSE NO. 1:19-cv-00172-JRS-MJD |
| ROGER JOHNSON, | ) |
|       Defendant. | ) |

## **PLAINTIFF'S FINAL WITNESS LIST**

COMES NOW, the Plaintiff, Samuel Elkins, by counsel, and files herein his Final Witness List:

## **WITNESS LIST**

1. Samuel Elkins, Plaintiff c/o
   Hensley Legal Group, PC;

2. Roger Johnson, Defendant c/o
   Reminger Co., L.P.A.;

3. Timothy J. Durm, witness to collision
   2101 W. 375 N., Anderson, IN;

4. M. Conner, Deputy Sheriff, investigating officer
   Delaware County Sheriff Department
   100 W. Washington Street, #B52
   Muncie, IN 47305;

5. Corporal Brown, reviewing officer per the Crash Report
   Delaware County Sheriff Department
   100 W. Washington Street, #B52
   Muncie, IN 47305;

6. Employer representative, regarding Plaintiff's wage loss claim
   Marion Campus, VA Northern Indiana Health Care System
   1700 E. 38th Street
   Marion, IN 46953;

7. Witness and/or responders to the incident, as yet undiscovered;

8. Representatives and attending medical personnel of Plaintiff Samuel Elkins' medical providers, who are anticipated to have information concerning the injuries sustained in this collision including the Plaintiff's right rotator cuff tear and subsequent nerve palsy, the necessity of medical care including surgical intervention, and possible medical causation and permanency opinions. These providers include, but are not limited to:

   a. Lisa Brock, NP;
      Signature Healthcare of Muncie
      4301 N. Walnut Street
      Muncie, IN 47303

   b. Mark Reedy, MD;
      Kelsey Moore, NP;
      Eric Elliot, MD;
      American Health Network
      3631 N. Morrison Road
      Muncie, IN

   c. Joseph C. Duncan, MD;
      Jonathan S. Chae, MD;
      Central Indiana Orthopedics
      3600 West Bethel Avenue
      Muncie, IN 47304

   d. Jeffery Mossler, MD;
      Lisa R. Clay, MD;
      William S. Cassel, MD;
      Paul B. Stewart, MD;
      John Eliades, MD;
      Naasha Gheyara, MD;
      Aldrin Roque, MD;
      Carl M. Pafford, MD;
      Kathryn Yuhico, MD;
      IU Health Physicians Services,
      Ball Memorial Physician Services

    250 N. Shadeland Avenue
    Indianapolis, IN 46219

e.  Eric D. Westin, MD;
    Eric Awwad, MD;
    Matthew Nartker, MD;
    IU Radiology Associates
    250 N. Shadeland Avenue
    Indianapolis, IN 46219

f.  Carl Pafford, MD;
    Angela Hurt, RN;
    William Cassel, MD:
    Tamara Wilt, RN;
    Kelsey Moore, RN;
    Kathryn Yuhico, MD;
    Joseph Duncan, MD;
    Brogan Bahler, MD;
    Paul Stewart, MD;
    Lisa Clay, MD;
    Brittani Sizelove, PA-C;
    Aneel Bole, MD;
    Lisa Harber, APRN;
    IU Ball Memorial Hospital
    2401 W. University Avenue
    Muncie, IN 47303

g.  Jeffrey Hiltz, MD;
    Muncie Family Medicine
    503 S Tillotson Avenue
    Muncie, IN 47303

h.  Kacey Quaderer, OT;
    Tim Stroud, PTA;
    Sue Stover, PT;
    Jodi Brown, PTA;
    Danielle Murphy, PT;
    Nicole Powell, PT;
    Amanda Davis, RN;
    IU Ball Memorial Rehabilitation
    3300 W Community Drive
    Muncie, IN 47304

9. All individuals disclosed by the Defendant during the course of discovery, including but not limited to those individuals identified in Defendants' initial disclosures and/or witness lists;

10. Any representative of Plaintiff Samuel Elkins' health care facilities for authentication purposes, as yet unidentified;

11. Any and all experts, as yet unnamed;

12. Witnesses for purposes of rebuttal and impeachment; and

13. Plaintiff reserves the right to supplement this list of witnesses and expert witnesses as discovery is continuing.

Respectfully submitted,

s/Sarah Graziano
Sarah Graziano, # 21650-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E Washington St, Suite 200
Indianapolis, IN  46204
317-472-3333 Phone
317-472-3340 Facsimile
sgraziano@hensleylegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above was filed via the Court's Electronic Filing System (ECF) and will be served on the following via the Court's electronic ECF system on October 7, 2019:

Alex M. Beeman
Houston A. Hum
REMINGER CO., LPA
Attorney For: Roger Johnson
College Park Plaza, 8909 Purdue Road, Suite 200
Indianapolis, IN  46268

                                                                            s/Sarah Graziano
                                                                            Sarah Graziano, #21650-49
                                                                            Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E Washington St, Suite 200
Indianapolis, IN  46204
317-472-3333 Phone
317-472-3340 Facsimile
sgraziano@hensleylegal.com