UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SAMUEL ELKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-00172-JRS-MJD |
| | ) | |
| ROGER JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR OCTOBER 16, 2019**
**TELEPHONIC STATUS & DISCOVERY CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status and Discovery Conference.  The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Tuesday, November 19, 2019 at 11:30 a.m.** (**Eastern**) to discuss case status, as well as the parties' readiness for the upcoming settlement conference.  Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  16 OCT 2019

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.