IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAMUEL ELKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO: 1:19-cv-00172-JRS-MJD |
| ROGER JOHNSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**PLAINTIFF'S THIRD SUPPLEMENT TO DEFENDANT'S
REQUEST FOR PRODUCTION OF DOCUMENTS**

**GENERAL OBJECTION:** The Plaintiff objects to the Defendant's instructions and definitions as the same either require more than allowable under the applicable rules of trial procedure and/or evidence. Additionally the Defendant has cited to and provide interpretations of the law that are not necessarily accurate or complete. Without waiving the objections and considering the requirements by the Federal Rules of trial procedure the Plaintiff would provide as follows:

**REQUEST FOR PRODUCTION**

**REQUEST NO. 3:** All documents upon which you rely to establish the nature and extent of the damages you claim in this lawsuit.

**RESPONSE: Please see Plaintiff's Exhibit 1 and medical bills which are being produced contemporaneously with these written responses as a summary for the benefit of counsel and said exhibit may be revised, supplemented or changed at any time in this discovery. The Plaintiff will make claims for pain & suffering, loss of enjoyment of life & other intangible damages authorized by law.**

**REQUEST NO. 12:** Copies of any bills or invoices for drugs or medical services which you claim you incurred as a result of the accident.

**RESPONSE: See documents produced contemporaneously with these written responses.**

**REQUEST NO. 17:** Copies of all medical bills and other documents showing any medical

expenses you claim to have incurred as a result of the accident.  (In lieu of documents responsive to this request, Defendant will accept completed and signed copies of the attached Authorization for Release of Medical Records addressed to each health care provider whom you have visited and/or who has rendered medical treatment to you from the date of the accident to the present).

**RESPONSE: See documents produced contemporaneously with these written responses.**

As to all objections,
*/s/: Sarah Graziano*
Sarah Graziano, #21650-49
Attorney for Plaintiff


Respectfully submitted,

*/s/: Sarah Graziano*
Sarah Graziano, #21650-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 Phone
(317) 472-3340 Facsimile
sgraziano@hensleylegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above was served via the Court's Electronic Filing System (ECF) on October 18, 2019:

Alex M. Beeman
Houston A. Hum
REMINGER CO., L.P.A.
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN  46268

                                         */s/: Sarah Graziano*
                                         Sarah Graziano, #21650-49
                                         Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 Phone
(317) 472-3340 Facsimile
sgraziano@hensleylegal.com

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing has been served via U.S. Mail, postage pre-paid, or electronic transmission, upon the following on October 18, 2019:

Alex M. Beeman
REMINGER CO., L.P.A.
Attorney For: Roger Johnson
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN  46268
Phone: (317) 854-8233
Fax: (317) 228-0943
Email Address: abeeman@reminger.com

Houston A. Hum
REMINGER CO., LPA
Attorney For: Roger Johnson
College Park Plaza, 8909 Purdue Road, Suite 200
Indianapolis, IN  46268
Phone: (317) 663-8570
Fax: (31) 228-0943
Email Address: hhum@reminger.com

                _____
                Eileen Smart, #
                Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E Washington St, Suite 200
Indianapolis, IN 46204
(317) 472-3333 Phone
(317) 222-3988 Facsimile
esmart@hensleylegal.com